| | |
|---|---|
| 1<br>2<br>3<br>4 | DANIEL H. BRUNNER<br>CHAPTER 13 TRUSTEE<br>P.O. Box 1513<br>Spokane, WA 99210-1513<br>(509) 747-8481 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
GORDON, JAMES K

Debtor

Case No. 07-01744-PCW13

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $8.09, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| GORDON, JAMES K | 8012 E CATALDO #41<br>SPOKANE VALLEY , WA<br>99212 | $8.09 |

Dated: March 02, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875-837     3-11-11     $8.09*

07-01744-PCW13   Doc 42   Filed 03/11/11   Entered 03/11/11 10:59:47   Pg 1 of 1